1  ROBERT. W. HICKS (CA Bar No. 168049)
2  KENNETH R. WRIGHT (CA Bar No. 176325)
   ROBERT W. HICKS & ASSOCIATES
3  501 W. Broadway, Suite 800
   San Diego, CA 92101
4  Phone:  (619) 236-3403
   Fax:     (619) 236-3413
5
6  Attorneys for Defendants JOHNNIE M. JOHNSON
   and BLACK TIE MEDICAL, INC.
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIP BIOMED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNIE M. JOHNSON and BLACK TIE MEDICAL, INC, <br><br> Defendants, | CASE NO.:  09 CV 0597 W LSP <br><br> **NOTICE AND MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** <br><br> Judge: Hon. Thomas J. Whelan <br> Courtroom 7 <br> Date: November 23, 2009 <br><br> NO ORAL ARGUMENT UNDER LOCAL RULE 7.1(d)(1). |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 23, 2009, in Courtroom 7 of the above-entitled court, located at 940 Front Street, San Diego, California, Defendants JOHNNIE M. JOHNSON and BLACK TIE MEDICAL, INC. ("Johnson" and "Black Tie," respectively, or collectively "Defendants") will and hereby do move this Court for an Order confirming the arbitration award and entry of judgment in favor of Defendants.

This Motion is made pursuant to the Federal Arbitration Act, 9 United States Code Section 9, on the grounds that a final decision binding on the parties was reached by the Arbitrator on August 25, 2009, which addresses all of the factual allegations and legal arguments in this case and resolves all of those allegations and arguments in favor of Defendants.

**TULIP BIOMED V. JOHNSON CASE NO.:  09 CV 0597 W LSP**
**NOTICE AND MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**

- 1 -

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Kenneth R. Wright and exhibits attached thereto, and the pleadings and files in this action and such other documentary evidence as may be presented at the time of the hearing of this matter.

Dated:  October 7, 2009          ROBERT W. HICKS & ASSOCIATES

S/ Kenneth R. Wright _____
Kenneth R. Wright
Attorneys for Defendants
JOHNNIE M. JOHNSON and BLACK TIE MEDICAL, INC

**TULIP BIOMED V. JOHNSON CASE NO.:  09 CV 0597 W LSP**
**NOTICE AND MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**

- 2 -